19676. JONES *v.* THE STATE.

BROYLES, C. J. The conviction of the accused was amply authorized by the evidence, and the overruling of the certiorari was not error for any reason assigned.

DECIDED JUNE 11, 1929.

*Claude Brackett,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.